NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**THE BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS,**
*Plaintiff-Appellant*

**v.**

**MICRON TECHNOLOGY, INC.,**
*Defendant-Appellee*

---

2018-1511

---

Appeal from the United States District Court for the Central District of Illinois in No. 2:11-cv-02288-SLD-JEH, Judge Sara Darrow.

---

## JUDGMENT

---

GEORGE C. SUMMERFIELD, JR., K & L Gates, LLP, Chicago, IL, argued for plaintiff-appellant. Also represented by NORA E. BECERRA, KENN BROTMAN, JACOB C. VANNETTE.

ADAM SHARTZER, Fish & Richardson PC, Washington, DC, argued for defendant-appellee. Also represented by TIMOTHY W. RIFFE, RUFFIN B. CORDELL, RYAN TEEL.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, REYNA, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 4, 2018                    /s/ Peter R. Marksteiner
        Date                             Peter R. Marksteiner
                                         Clerk of Court